Richard HUTAURUK, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–73989.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 11, 2012.

Kathleen Siok–Sien Koh, Esquire, Law Office of Kathleen S. Koh, Whittier, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Kimberly A. Burdge, Esquire, OIL, Michelle Gorden Latour, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Richard Hutauruk, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Hutauruk's motion to reopen as untimely where the motion was filed over four years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Hutauruk failed to present sufficient evidence of changed circumstances in Indonesia to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi v. Holder,* 597 F.3d 983, 987 (9th Cir.2010) (evidence supporting a motion to reopen must be "qualitatively different" from what was presented at the initial hearing). We reject Hutauruk's contention that the BIA's analysis was inadequate. *See Najmabadi,* 597 F.3d at 990 ("[t]he [BIA] does not have to write an exegesis on every contention") (internal quotes omitted).

Finally, in light of our conclusions in *Hutauruk v. Mukasey,* 302 Fed.Appx. 695, 696 (9th Cir.2008), the BIA did not abuse its discretion in denying the motion to reopen to apply our decisions in *Wakkary v. Holder,* 558 F.3d 1049 (9th Cir.2009), and *Tampubolon v. Holder,* 610 F.3d 1056 (9th Cir.2010).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.